UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

Plaintiff,

v.

WESTERN UNION FINANCIAL SERVICES, INC., et al.,

Defendants.

Case No. 26-mc-80316-AMO

**ORDER AUTHORIZING FILING OF COMPLAINT**

Plaintiff Sergey Firsov filed this action on October 30, 2026, against Defendants Western Union Financial Services, Inc., and Western Union International Services, LLC. His proposed complaint asserts several causes of action, including one for violation of the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693m, and several state law causes of action.

On June 23, 2026, Judge Edward M. Chen issued an order declaring Mr. Firsov to be a vexatious litigant and ordering that, if Mr. Firsov "wishes to file a pro se complaint or other case-initiating document against an airline," he must "first provide . . . [t]he complaint or other case-initiating document [he] wishes to be filed" and "[a] letter explaining why the filing is not frivolous legally and factually" for review by the duty judge. *Firsov v. Scandinavian Airlines Sys. Denmark-Norway-Sweden*, No. 25-cv-3691 (N.D. Cal. June 23, 2026), Dkt. No. 113 at 22 (order granting SANA/SAS's motion for pre-filing order). "If the General Duty Judge determines the complaint or other case-initiating document should not be accepted for filing because it is frivolous, the Clerk shall return the complaint to Mr. Firsov without filing it." *Id.* Judge Chen subsequently expanded the scope of the prefiling order due to Mr. Firsov's abusive litigation practices, requiring prefiling screening for Mr. Firsov's lawsuits against "an airline or a person or entity that is a part of or related to the airline industry." *Firsov*, No. 25-cv-3691, Dkt. No. 124 at

United States District Court
Northern District of California

2. Pursuant to Judge Chen's orders, the undersigned, as duty judge when Mr. Firsov filed this action, must determine whether the complaint may be filed.

Because none of the defendants named in the complaint are airlines or entities that are a part of or related to the airline industry, Mr. Firsov's complaint is not covered by the pre-filing orders. Accordingly, the Clerk is ordered to file the complaint and assign the case to an available judge.

The undersigned reiterates Judge Chen's admonishment that, while Mr. Firsov is currently subject to a narrow pre-filing order concerning claims against airlines and associated entities, he "risks being sanctioned with a broader prefiling order" should he continue to litigate in a vexatious manner. *Firsov*, No. 25-cv-3691, Dkt. No. 113 at 22.

**IT IS SO ORDERED.**

Dated: October 30, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**